```
James Cai, Esq. SBN 200189
SCHEIN & CAI LLP
100 Century Center Court, Suite 315
San Jose, California 95112
Telephone: (408) 436-0789
Facscimile: (408) 436-0758

Attorneys for Plaintiff
Barry Goldine
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GOLDINE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BORIS KANTIMIROV, d/b/a BIG WHEELS .NET, SKIP LIGHTFOOT AND DOES 1-25<br><br>　　　　Defendants. | Case No.:  C06-01302 MJJ<br><br>PLAINTIFF BARRY GOLDINE'S INITIAL DISCLOSURES |

Pursuant to Fed. Civ. P. 26(a)(1), Plaintiff BARRY GOLDINE hereby makes his Initial Disclosures to Defendants.

## INTRODUCTION

1.　　Plaintiff has not yet completed discovery, his investigation of the facts, witnesses or documents, the analysis of available information or the preparation for trial and/or arbitration in this case. Plaintiff's investigation into the matters governed by this litigation is ongoing. Plaintiff therefore makes this Initial Disclosure based only upon information that is reasonably available to him as of the date of this Disclosure, and reserves the right to supplement or amend this Initial Disclosure in the event that any facts, documents or other evidence supporting Plaintiff's claims may be subsequently discovered.

2.      This Initial Disclosure is made without prejudice to Plaintiff's right to introduce facts, documents, witnesses or other evidence that may be subsequently discovered which support his claims.

3.      This Initial Disclosure is made without prejudice to Plaintiff's right to supplement or amend this Initial Disclosure in the event that any information previously availability to Plaintiff may have been omitted from this Initial Disclosure due to oversight, inadvertence, or good faith error or mistake.

4.      Except for the facts explicitly stated herein, no incidental or implied admissions are intended.  Nothing herein shall be construed as an admission by Plaintiff regarding the admissibility or relevance of any fact or document or of the truth or accuracy of any characterization contained in any document provided to Defendant as part of this Initial Disclosure.

5.      Plaintiff makes this Initial Disclosure, as it relates to documents, based only on those documents which are in his possession, custody and control or in the possession, custody and/or control of his agents and/or representatives.  Because Plaintiff's investigation into the matters surrounding this complaint is ongoing, as of the date of this Initial Disclosure Plaintiff has not fully identified each and every document which might support his claims in this proceeding and therefore reserves the right to supplement his disclosure and/or production of documents supporting his claims with documents that are subsequently discovered.

**INITIAL DISCLOSURES**

A. <u>The name and, if known, the address and telephone number of each individual likely to have discoverable information that Plaintiff may use to supporting his claims (F.R.C.P. 26(a)(1)(A)0:</u>

1.      Name: Laura Catherine Goldine

Address: 902 Commercial Street, San Jose, CA 95112

Telephone: (408) 441-4664

More witnesses may be provided upon discovery.

<u>GOLDINE V. KANTIMIROV, et al.</u> - Case No.  C06-01302 MJJ
Plaintiff's Initial Disclosures– Page 2

B. <u>A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the Plaintiff supporting his claims (F.R.C.P. (a)(1)(B))</u>:

1. Plaintiff's Bigwheels Automated Databases copyright application and Certification Registration, and a copy of which is attached hereto as <u>Exhibit A</u>. Further Documents to be provided upon discovery.

C. <u>Computation of damages claims by Plaintiff (F.R.C.P. 26 (a)(1)(C))</u>:

Costs and attorney's fees incurred in this action, plus actual damages as Plaintiff has sustained as a result of Defendant's copyright infringement pursuant to 17 U.S.C. §504 (b), and the statutory damages pursuant to 17 U.S.C. § 504(c).

D. <u>Insurance Agreements (F.R.C.P. 26(a)(1)(D))</u>:

Not applicable

Dated: May 17, 2006					SCHEIN & CAI, LLP

							_____
							James Cai
							Attorneys for Plaintiff Barry Goldine