**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GOLDINE, | No. C06-01302 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| BORIS KANTEMIROV *et al.*, | |
| Defendants. | |

Pending before the Court is Defendant Boris Kantemirov's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1). (Doc. #5.) Defendant originally noticed the Motion for June 6, 2006.[1] Pursuant to Local Rule of Civil Procedure 7-3 (a) and (b), Plaintiff was required to file an Opposition or Statement of Non-Opposition 21 days before this noticed hearing date. Plaintiff has failed to file either document. Accordingly, the Court hereby **ORDERS** Plaintiff to show cause in writing by June 2, 2006, as to why he failed to comply with Local Rule 7-3, and why the Court should consider any late filing at this time.

Further, the Court **ORDERS** Plaintiff to concurrently file any opposition or statement of non-opposition with his Response to this Order to Show Cause. Defendant may file a Reply one week after Plaintiff files his Response and any Opposition.

/ / /

/ / /

---

[1] The Motion is now set for hearing on June 20, 2006. (Doc. #8.)

1  Failure to respond to this order shall result in the imposition of sanctions, which may include
2  granting the motion.

4  **IT IS SO ORDERED.**

6  Dated: 5/30/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE