1 James Cai, SBN 200189
Charles Standard, SBN 160720
2 SCHEIN & CAI LLP
100 Century Center Court, Suite 315
3 San Jose, California 95112
Telephone: (408) 436-0789
4 Facsimile: (408) 436-0758

5 Attorneys for Plaintiff
BARRY GOLDINE
6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9

10 BARRY GOLDINE,     Case No.: C 06-01302

11     Plaintiff,

12 v.     **STIPULATION AND ORDER FOR DISMISSAL**

13 BORIS KANTEMIROV, d/b/a
BIGWHEELS.NET, SKIP LIGHTFOOT
14 AND DOES 1-25,

15     Defendants.

16

17

18

19

20     Plaintiffs and defendants to this action through their designated counsel of record hereby

21 request that the entire case be dismissed with prejudice pursuant to FRCP 41(a)(1).

22

23

24 ///

25 ///

26 ///

27

28

*Goldine v. Kantemirov, et al.*
Stipulation and Order for Dismissal – Page 1

Date: Dec. 11/2006

SCHEIN & CAI LLP

By: _____
James Cai
Attorneys for Plaintiff
BARRY GOLDINE

Date: _____

HERR & ZAPALA, LLP

By: _____
Timothy E. Herr
Attorneys for Defendant
SKIP LIGHTFOOT

LAW OFFICES OF SAMIRA ANSARI

Date: Dec /20/06

By: _____
Samira Ansari
Attorney for Defendant
BORIS KANTEMIROV d/b/a
BIGWHEELS.NET

It is so ordered.

Date: _____

By: _____

US District Court Judge

*Goldine v. Kantemirov, et al.*
Stipulation and Order for Dismissal – Page 2

1  Date: Dec. 11/2006                SCHEIN & CAI LLP

2
3
4                                    By: _____
                                         James Cai
5                                    Attorneys for Plaintiff
                                     BARRY GOLDINE
6  Date: December 20, 2006           HERR & ZAPALA, LLP
7
8                                    By: _____
                                         Timothy E. Herr
9                                    Attorneys for Defendant
                                     SKIP LIGHTFOOT
10
11                                   LAW OFFICES OF SAMIRA ANSARI
12
13 Date: _____        By: _____
                                         Samira Ansari
14                                   Attorney for Defendant
                                     BORIS KANTEMIROV d/b/a
15                                   BIGWHEELS.NET
16
17
18
19 It is so ordered.
20
21
   Date: _____        By: _____
22
23                                   US District Court Judge
24
25
26
27
28

*Goldine v. Kantemirov, et al.*
Stipulation and Order for Dismissal – Page 2