1 James Cai, SBN 200189
Charles Standard, SBN 160720
2 SCHEIN & CAI LLP
100 Century Center Court, Suite 315
3 San Jose, California 95112
Telephone: (408) 436-0789
4 Facsimile: (408) 436-0758

5 Attorneys for Plaintiff
BARRY GOLDINE
6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9

10 BARRY GOLDINE, | Case No.: C 06-01302

11 Plaintiff,

12 v. | **STIPULATION AND ORDER FOR DISMISSAL**

13 BORIS KANTEMIROV, d/b/a | GRANTED
BIGWHEELS.NET, SKIP LIGHTFOOT
14 AND DOES 1-25,

15 Defendants.

16

17

18

19

20 Plaintiffs and defendants to this action through their designated counsel of record hereby

21 request that the entire case be dismissed with prejudice pursuant to FRCP 41(a)(1).

22

23
///
24
///
25
///
26

27

28

*Goldine v. Kantemirov, et al.*
Stipulation and Order for Dismissal – Page 1

1  Date: Dec. 11/2006          SCHEIN & CAI LLP
2
3
4                              By: _____
                                   James Cai
5                              Attorneys for Plaintiff
                               BARRY GOLDINE
6
7  Date: _____     HERR & ZAPALA, LLP
8
9                              By: _____
                                   Timothy E. Herr
10                             Attorneys for Defendant
                               SKIP LIGHTFOOT
11
12                             LAW OFFICES OF SAMIRA ANSARI
13 Date: Dec /20/06             By: _____
14                                  Samira Ansari
                               Attorney for Defendant
15                             BORIS KANTEMIROV d/b/a
                               BIGWHEELS.NET
16
17
18
19 It is so ordered.
20
21
22 Date: _____     By: _____
23                             US District Court Judge
24
25
26
27
28

*Goldine v. Kantemirov, et al.*
Stipulation and Order for Dismissal – Page 2

Date: Dec. 11/2006

SCHEIN & CAI LLP

By: /s/ James Cai
James Cai
Attorneys for Plaintiff
BARRY GOLDINE

Date: December 20, 2006

HERR & ZAPALA, LLP

By: /s/ Timothy E. Herr
Timothy E. Herr
Attorneys for Defendant
SKIP LIGHTFOOT

LAW OFFICES OF SAMIRA ANSARI

Date: _____

By: _____
Samira Ansari
Attorney for Defendant
BORIS KANTEMIROV d/b/a
BIGWHEELS.NET

It is so ordered.

Date: 1/18/2007

By: /s/ Martin J. Jenkins
US District Court Judge

*Goldine v. Kantemirov, et al.*
Stipulation and Order for Dismissal — Page 2