1 James Cai, SBN 200189
  Charles Standard, SBN 160720
2 SCHEIN & CAI LLP
  100 Century Center Court, Suite 315
3 San Jose, California 95112
  Telephone: (408) 436-0789
4 Facsimile: (408) 436-0758

5 Attorneys for Plaintiff
  BARRY GOLDINE
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 BARRY GOLDINE, | Case No.: C 06-01302 |
| 11    Plaintiff, | |
| 12 v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| 13 BORIS KANTEMIROV, d/b/a BIGWHEELS.NET, SKIP LIGHTFOOT | GRANTED |
| 14 AND DOES 1-25, | |
| 15    Defendants. | |

17
18
19
20   Plaintiffs and defendants to this action through their designated counsel of record hereby
21 request that the entire case be dismissed with prejudice pursuant to FRCP 41(a)(1).
22
23
24 ///
25 ///
26 ///
27
28

*Goldine v. Kantemirov, et al.*
Stipulation and Order for Dismissal – Page 1

| | |
|---|---|
| Date: Dec. 11/2006 | SCHEIN & CAI LLP |
| | |
| | By: _____ |
| | James Cai |
| | Attorneys for Plaintiff |
| | BARRY GOLDINE |
| Date: _____ | HERR & ZAPALA, LLP |
| | |
| | By: _____ |
| | Timothy E. Herr |
| | Attorneys for Defendant |
| | SKIP LIGHTFOOT |
| | |
| | LAW OFFICES OF SAMIRA ANSARI |
| Date: Dec /20/06 | By: _____ |
| | Samira Ansari |
| | Attorney for Defendant |
| | BORIS KANTEMIROV d/b/a |
| | BIGWHEELS.NET |

It is so ordered.

Date: _____          By: _____

US District Court Judge

*Goldine v. Kantemirov, et al.*
Stipulation and Order for Dismissal – Page 2

Date: Dec. 11/2006

SCHEIN & CAI LLP

By: _____
James Cai
Attorneys for Plaintiff
BARRY GOLDINE

Date: December 20, 2006

HERR & ZAPALA, LLP

By: _____
Timothy E. Herr
Attorneys for Defendant
SKIP LIGHTFOOT

LAW OFFICES OF SAMIRA ANSARI

Date: _____

By: _____
Samira Ansari
Attorney for Defendant
BORIS KANTEMIROV d/b/a
BIGWHEELS.NET

It is so ordered.

Date: 1/18/2007

By: _____
US District Court Judge

*Goldine v. Kantemirov, et al.*
Stipulation and Order for Dismissal — Page 2